IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KTH Parts Industries, Inc.,                 :
                                            :
            Plaintiff(s),                   :
                                            :   Case Number: 1:13cv922
      vs.                                   :
                                            :   Chief Judge Susan J. Dlott
Skylar Monnier, et al.,                     :
                                            :
            Defendant(s).                   :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on June 23, 2014 (Doc. 5), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired July 10, 2014, hereby

ADOPTS said Report and Recommendation.

Accordingly, this case is hereby **DISMISSED** for failure to timely perfect service, and

for failure to prosecute.  This case is **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.


            ___s/Susan J. Dlott_____
            Chief Judge Susan J. Dlott
            United States District Court